| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **Sent:** | Thursday, September 3, 2020 10:44 AM |
| **To:** | ecfnef CACD |
| **Subject:** | Activity in Case 2:20-mj-04008-DUTY USA v. Kriuchkov Notice to Receiving District of Criminal Case Transfer |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered on 9/3/2020 at 10:43 AM PDT and filed on 9/3/2020

| | |
|---|---|
| **Case Name:** | USA v. Kriuchkov |
| **Case Number:** | 2:20-mj-04008-DUTY |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Notice to District of Nevada of a Rule 5 or Rule 32 Initial Appearance as to Defendant Egor Igorevich Kriuchkov. Your case number is: 3:20-mj-83-WGC. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: [3] Initial Appearance - Arrest on Out of District Warrant - Rule 5(c)(3) (fka Rule 40),,, Interpreter Required,,. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (cio)**

**2:20-mj-04008-DUTY-1 Notice has been electronically mailed to:**

US Attorney's Office     USACAC.Criminal@usdoj.gov, CaseView.ECF@usdoj.gov

Richard Reid Rowe     reid_rowe@fd.org

**2:20-mj-04008-DUTY-1 Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**