**Query     Reports     Utilities     Help     What's New     Log Out**

CLOSED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
### CRIMINAL DOCKET FOR CASE #: 2:20-mj-04008-DUTY-1

Case title: USA v. Kriuchkov                        Date Filed: 08/24/2020
Other court case number: 3:20-mj-83-WGC District of Nevada    Date Terminated: 08/25/2020

Assigned to: Duty Magistrate Judge

**Defendant (1)**

**Egor Igorevich Kriuchkov**          represented by   **Richard Reid Rowe**
*TERMINATED: 08/25/2020*                         Federal Public Defenders Office
                                                 321 East 2nd Street
                                                 Los Angeles, CA 90012
                                                 213-894-2856
                                                 Fax: 213-894-0081
                                                 Email: reid_rowe@fd.org
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*
                                                 *Designation: Public Defender or Community*
                                                 *Defender Appointment*

**Pending Counts**                              **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                           **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                  **Disposition**

Defendant is in violation of 8:371, 18:1030(a)   Defendant is ordered HELD to ANSWER to the
(5)(A), 1030(c)(4)(B)(i) and (c)(4)(A)(i)(I).    USDC, District of Nevada at Reno

**Plaintiff**

**USA**                                represented by   **US Attorney's Office**
                                                 AUSA - Office of US Attorney
                                                 Criminal Division - US Courthouse
                                                 312 North Spring Street 12th Floor

Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/24/2020 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Egor Igorevich Kriuchkov, originating in the District of Nevada. Defendant charged in violation of: 18:371, 18:1030(a)(5)(A), 1030(c)(4)(B)(i) and (c)(4)(A)(i)(I). Signed by agent Sean G. Jolley, FBI, Special Agent. filed by Plaintiff USA. (cio) Modified on 9/3/2020 (cio). (Entered: 09/03/2020) |
| 08/24/2020 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Egor Igorevich Kriuchkov; defendants Year of Birth: 1993; date of arrest: 8/22/2020 (cio) (Entered: 09/03/2020) |
| 08/24/2020 | 3 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Alexander F. MacKinnon as to Defendant Egor Igorevich Kriuchkov Defendant arraigned and states true name is as charged. Attorney: Richard Reid Rowe for Egor Igorevich Kriuchkov, Deputy Federal Public Defender, present. Court orders defendant Permanently detained. Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to District of Nevada. Warrant of Removal and final commitment issued., (RUSSIAN) INTERPRETER Required as to Defendant Egor Igorevich Kriuchkov Court Reporter: Marea Woolrich. (cio) (Entered: 09/03/2020) |
| 08/24/2020 | 4 | Defendant Egor Igorevich Kriuchkov arrested on warrant issued by the USDC District of Nevada at Reno. (Attachments: # 1 Out of District Complaint)(cio) (Entered: 09/03/2020) |
| 08/24/2020 | 5 | WAIVER OF RIGHTS approved by Magistrate Judge Alexander F. MacKinnon as to Defendant Egor Igorevich Kriuchkov. (cio) (Entered: 09/03/2020) |
| 08/24/2020 | 6 | FINANCIAL AFFIDAVIT filed as to Defendant Egor Igorevich Kriuchkov. (Not for Public View pursuant to the E-Government Act of 2002) (cio) (Entered: 09/03/2020) |
| 08/24/2020 | 7 | CONSENT to Video Conference/Telephonic Conference filed by Defendant Egor Igorevich Kriuchkov. (cio) (Entered: 09/03/2020) |
| 08/24/2020 | 8 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Egor Igorevich Kriuchkov. (cio) (Entered: 09/03/2020) |
| 08/24/2020 | 9 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Egor Igorevich Kriuchkov (cio) (Entered: 09/03/2020) |
| 08/24/2020 | 10 | DECLARATION RE: PASSPORT filed by Defendant Egor Igorevich Kriuchkov, declaring that my passport and any other travel documents are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case. (cio) (Entered: 09/03/2020) |
| 08/25/2020 | 11 | ORDER OF DETENTION by Magistrate Judge Alexander F. MacKinnon as to Defendant Egor Igorevich Kriuchkov, (cio) (Entered: 09/03/2020) |
| 08/25/2020 | 12 | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Alexander F. MacKinnon that Defendant Egor Igorevich Kriuchkov be removed to the District of Nevada at Reno (cio) (Entered: 09/03/2020) |
| 09/03/2020 | | Notice to District of Nevada of a Rule 5 or Rule 32 Initial Appearance as to Defendant Egor Igorevich Kriuchkov. Your case number is: 3:20-mj-83-WGC. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 3 Initial |

| | | Appearance - Arrest on Out of District Warrant - Rule 5(c)(3) (fka Rule 40),,, Interpreter Required,,. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (cio) (Entered: 09/03/2020) |