

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

**UNITED STATES OF AMERICA**        :

VS.                                 :  Crim. No. 3:20-cr-045-MMD

**Egor Igorevich Kriuchkov**

Defendant                            :

## ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS

I, the above named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with any local, state or federal government or its agents. I will not waive any of my constitutional rights except in the presence of counsel, and I do not want any local, state or federal government or its agents to contact me seeking my waiver of any rights unless my counsel is present.

*/s/ Egor Igorevich Kriuchkov*
(Defendant's signature)

 Brandon C. Jaroch        411 East Bonneville Ave, Ste 250  Las Vegas, NV  89101
(Attorney's name/address printed)

*/s/Brandon C. Jaroch*
(Attorney's signature)

Date: 9/24/2020         Time: 2:00          a.m. / p.m.