RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
CHRISTOPHER P. FREY
Assistant Federal Public Defender
Nevada State Bar No. 10589
201 W. Liberty Street, Suite 102
Reno, Nevada 89501
(775) 321-8451/Tel.
(775) 784-5369/Fax
chris_frey@fd.org

Attorney for EGOR IGOREVICH KRIUCHKOV

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>EGOR IGOREVICH KRIUCHKOV,<br><br>             Defendant. | Case No.  3:20-cr-00045-MMD-CLB<br><br>**STIPULATION TO WITHDRAW STIPULATION TO CONTINUE MOTION DEADLINES AND TRIAL DATES**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Rene L. Valladares, Federal Public Defender, and CHRISTOPHER P. FREY, Assistant Federal Public Defender, counsel for EGOR IGOREVICH KRIUCHKOV, Nicholas A. Trutanich, United States Attorney, and RICHARD B. CASPER, Assistant United States Attorney, counsel for the United States of America, that the stipulation to continue motion deadlines and trial dates (ECF No. 23) be withdrawn and the current motion deadlines and trial dates be restored.

DATED this 27th day of October, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By: */s/ Christopher P. Frey*<br>    CHRISTOPHER P. FREY<br>    Assistant Federal Public Defender<br>    Counsel for EGOR KRIUCHKOV | By: */s/Richard B. Casper*<br>    RICHARD B. CASPER<br>    Assistant United States Attorney<br>    Counsel for United States |
| | By: */s/Thomas R. Dettore*<br>    THOMAS R. DETTORE<br>    U.S. Department of Justice<br>    Criminal Division |
| | By: */s/Candina S. Heath*<br>    CANDINA S. HEATH<br>    U.S. Department of Justice<br>    Criminal Division |

**IT IS SO ORDERED.**

Dated:  October 29, 2020

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE