RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
CHRISTOPHER P. FREY
Assistant Federal Public Defender
Nevada State Bar No. 10589
201 W. Liberty Street, Suite 102
Reno, Nevada 89501
(775) 321-8451/Tel.
(775) 784-5369/Fax
chris_frey@fd.org

Attorney for EGOR IGOREVICH KRIUCHKOV

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>EGOR IGOREVICH KRIUCHKOV,<br><br>　　　　　Defendant. | Case No.  3:20-cr-00045-MMD-CLB<br><br>**STIPULATION TO EXTEND TIME FOR PRETRIAL MOTIONS**<br><br>(Third Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Rene L. Valladares, Federal Public Defender, and CHRISTOPHER P. FREY, Assistant Federal Public Defender, counsel for EGOR IGOREVICH KRIUCHKOV, Nicholas A. Trutanich, United States Attorney, and RICHARD B. CASPER, Assistant United States Attorney, counsel for the United States of America, that the pretrial motion deadline be extended to and including March 2, 2021. Responses would be due on March 9, 2021, and any replies would be due on March 15, 2021. This is the third request to extend the pretrial motions deadline. Trial is currently scheduled for April 19, 2021. The parties are jointly seeking this extension of time for pretrial motions in light of ongoing, potentially dispositive negotiations.

DATED this 23rd day of February, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By: _/s/ Christopher P. Frey_<br>CHRISTOPHER P. FREY<br>Assistant Federal Public Defender<br>Counsel for EGOR KRIUCHKOV | By: _/s/Richard B. Casper_<br>RICHARD B. CASPER<br>Assistant United States Attorney<br>Counsel for United States |

**<u>ORDER</u>**

IT IS THEREFORE ORDERED, the parties herein shall have to and including March 2, 2021, to file any and all pretrial motions and notices of defense.

IT IS FURTHER ORDERED, the parties herein shall have to and including March 9, 2021, to file any and all responsive pleadings.

IT IS FURTHER ORDERED, the parties herein shall have to and including March 15, 2021, to file any and all replies to dispositive motions.

DATED this ___23rd___ of February, 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE