# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EGOR IGOREVICH KRIUCHKOV,<br><br>Defendant. | Case No. 3:20-cr-00045-MMD-CLB<br><br>**WAIVER OF RIGHT TO APPEAR IN PERSON AT CRIMINAL PROCEEDING** |

I understand that I have a right to appear in person in court at the Change of Plea proceeding in this case scheduled for March 18, 2021. I have been advised of the nature of this proceeding and my right to appear in person at this proceeding. I have been informed that I may appear by video teleconference, or telephone conference if video conference is not reasonably available, in light of the spread of COVID-19 in the District of Nevada in order to protect my health and safety, as well as those of the attorneys, the court and court staff.

Understanding my right to appear in person at this proceeding, I knowingly and voluntarily waive my right to appear at this proceeding in person, and I consent to appear by video teleconference, or telephone conference if video conference is not reasonably available. I consulted with my attorney prior to deciding to waive my right to appear in person at this proceeding.

/s/Egor Igprevoch Keuichkov        3/12/2021
Defendant's Signature              (date)

/s/Christopher P. Frey             3/12/2021
Signature of Defendant's Attorney  (date)

Christopher P. Frey
Printed Name of Defendant's Attorney

[Judge's signature]                 3/18/2021
Judge's Signature                  (date)

Miranda M. Du, Chief U.S. District Judge
Judge's Printed Name and Title