UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                             Plaintiff,<br><br>     v.<br><br>EGOR IGOREVICH KRIUCHKOV,<br><br>                             Defendant. | Case No. 3:20-cr-0045-MMD-CLB<br><br>CONSENT OF DEFENDANT |

I hereby authorize that the sentence investigation can begin before my change of plea in this matter. I further waive the time limits under Federal Rules of Criminal Procedure, Rule 32 regarding the preparation of the Presentence Investigation Report and my right to have my attorney present during the interview with the United States Probation Officer for that investigation. I also consent to the disclosure of the Presentence Report to the parties and the Court.

Dated: March 18, 2021            /s/Egor Igorevich Kriuchkov
                                                     Defendant

Dated: March 18, 2021            /s/Christopher P. Frey
                                                     Defense counsel

Dated: March 18, 2021            /s/Richard Casper
                                                     Government Counsel