RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
CHRISTOPHER P. FREY
Assistant Federal Public Defender
Nevada State Bar No. 10589
201 W. Liberty Street, Suite 102
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
chris_frey@fd.org

Attorney for EGOR IGOREVICH KRIUCHKOV

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EGOR IGOREVICH KRIUCHKOV,<br><br>　　　　　Defendant. | Case No. 3:20-cr-00045-MMD-CLB<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING (FIRST REQUEST)** |

　　　IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and CHRISTOPHER P. FREY, Assistant Federal Public Defender, counsel for EGOR IGOREVICH KRIUCHKOV and CHRISTOPHER CHIOU, Acting United States Attorney, and RICHARD B. CASPER, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Sentencing hearing set for May 10, 2021, at 11:00 AM, be vacated and continued to May 24, 2021, at 10:00 AM.

/ / /

/ / /

The continuance is necessary for the following reasons:

1. This is a joint request by counsel for the Government and counsel for the Defendant, Mr. Kriuchkov.

2. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

3. Both counsel request this additional time in order to allow adequate time to research sentencing issues and to prepare for the sentencing hearing.

4. Mr. Kriuchkov is detained and agrees to the continuance. Specifically, Mr. Kriuchkov was informed that the continuance will allow defense counsel to continue to gather documents in support of the hearing and provide continuity of counsel.

5. This is the first request for continuance of the sentencing hearing.

DATED this 5th day of May, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By */s/ Christopher P. Frey*<br>CHRISTOPHER P. FREY<br>Assistant Federal Public Defender<br>Counsel for<br>EGOR IGOREVICH KRIUCHKOV | By */s Richard B. Casper*<br>RICHARD B. CASPER<br>Assistant United States Attorney<br>Counsel for the Government |

## **ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for May 10, 2021, at 11:00 AM, be vacated and continued to **May 24, 2021, at 10:00 AM.**

DATED this _____ day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE