UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.3:20-cr-45-MMD-CLB |
| Plaintiff, | ) | |
| v. | ) | MINUTE ORDER |
| EGOR IGOREVICH KRIUCHKOV, | ) | DATED:   MAY 13, 2021 |
| Defendant(s). | ) | |

PRESENT:  <u>MIRANDA M. DU,</u>  CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:    <u>NONE APPEARING</u>      REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):       <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):      <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS**:

Defendant has indicated in a status report (ECF No. 60) that he will file a waiver of in-person appearance for the sentencing set for 5/24/2021 at 10:00 AM in Reno Courtroom 5 before Chief Judge Miranda M. Du.   The sentencing will be heard by video conference.

Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

The Public may access and listen to the Sentencing Hearing as follows:

**Public telephonic participants shall call AT&T no later than five (5) minutes prior to the hearing at 1 (888) 251-2909, and provide Access Code 3803398 and Security Code 052421.**

IT IS ORDERED that defense counsel shall provide all necessary documents to the defendant in advance of the hearings.

USA v. Egor Igorevich Kriuchkov
Case No. 3:20-CR-45-MMD-CLB
Date: May 13, 2021
Page 2
_____/

  IT IS FURTHER ORDERED that Defense/AUSA shall file any necessary signed documents at least ONE (1) Day prior to the scheduled hearing consistent with General Order 2020-05.

  IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

### INSTRUCTIONS FOR VIDEO CONFERENCE HEARING

  Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

- Log on to the call ten (10) minutes prior to the hearing time.
- Mute your sound prior to entering the hearing.
- Do not talk over one another.
- State your name prior to speaking for the record.
- Do not have others in the video screen or moving in the background.
- No recording of the hearing.
- No forwarding of any video conference invitations.
- Unauthorized users on the video conference will be removed.

  IT IS SO ORDERED.

              DEBRA K. KEMPI, CLERK

              By: _____/s/_____
                  Deputy Clerk